UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CASE NO.

1:16-cv-05146-LDH-SMG

DEVORAH CHEIN
on behalf of herself and
all other similarly situated consumers

**STIPULATION OF
DISMISSAL**

Plaintiff,

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

-against-

★ AUG 0 1 2017 ★

ACCOUNTS RECEIVABLE TECHNOLOGIES

**BROOKLYN OFFICE**

Defendant.

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the

attorneys for the parties to the above-entitled action, that whereas no party hereto is an infant,

incompetent person for whom a committee has been appointed or conservatee, and or person not a

party has an interest in the subject matter of the action, the above-entitled action be, and the same

hereby is discontinued with prejudice without costs to either party as against the other.  This

stipulation may be filed without further notice with the Clerk of the Court.

Dated: Brooklyn, New York
       July 27, 2017

Dated: New City, New York
       July 27, 2017


 /s/ Maxim Maximov
Maxim Maximov, Esq.
Maxim Maximov, LLP
Attorney for the Plaintiff
1701 Avenue P
Brooklyn, New York 11229
Office: (718) 395-3459
Facsimile: (718) 408-9570
E-mail: m@maximovlaw.com

 /s/ Arthur Sanders
Arthur Sanders, Esq.
Barron and Newburger, P.C.
Attorney for the Defendant
30 South Main Street
New City, New York 10004
Office: (845) 499-2990
Fax: (845) 499-2992
E-mail: asanders@bn-lawyers.com

So Ordered

s/ LaShann DeArcy Hall

LaShann DeArcy Hall
United States District Judge